DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Timothy David Bodine

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>TIMOTHY DAVID BODINE,<br><br>　　　　　*Defendant.* | No. 1:10-cr-00231 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: September 17, 2010<br>Time: 8:45 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Timothy David Bodine, that the date for status conference may be continued to September 17, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is August 13, 2010 at 8:45 a.m..  The requested new date is September 17, 2010 at 8:45 a.m..**

　　　This continuance is requested to allow time for further defense investigation and trial preparation. Defense counsel is scheduled to view evidence maintained on a hard drive at the F.B.I. office on August 18, 2010.  It is also anticipated that additional discovery will soon be received from the government.  The requested continuance will allow counsel to view the images, review the additional discovery, engage in preliminary plea negotiations and determine whether it will be necessary to retain a defense expert to

conduct a forensic examination of the computer hard drive.

  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                     BENJAMIN B. WAGNER
                     United States Attorney

DATED: August 11, 2010      By /s/ David L. Gappa
                     DAVID L. GAPPA
                     Assistant United States Attorney
                     Attorney for Plaintiff


                     DANIEL J. BRODERICK
                     Federal Defender

DATED: August 11, 2010      By /s/ Eric V. Kersten
                     ERIC V. KERSTEN
                     Assistant Federal Defender
                     Attorney for Defendant
                     Timothy David Bodine


## **O R D E R**

Good cause has been stated.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                     IT IS SO ORDERED.

**Dated: August 11, 2010**     /s/ Lawrence J. O'Neill
                     UNITED STATES DISTRICT JUDGE