DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Timothy David Bodine

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>TIMOTHY DAVID BODINE,<br><br>    *Defendant.* | No. 1:10-cr-00231 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  December 17, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Timothy David Bodine, that the date for status conference may be continued to December 17, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 18, 2010 at 8:30 a.m.  The requested new date is December 17, 2010 at 8:30 a.m.**

    The defense has retained an expert to conduct a forensic examination of the computer hard drives at issue in this case, but the exam has not yet been completed.  This continuance is requested to allow time for the defense examination to be completed prior to the upcoming status conference.  This will allow the parties to more accurately advise the court of the status of the case.

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4   the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 16, 2010            By /s/ David L. Gappa
                                      DAVID L. GAPPA
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 16, 2010            By /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Timothy David Bodine


**O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).   While the motion to continue is granted, the case is getting too old. At the next hearing, counsel should be in a position to set the trial.

**IT IS SO ORDERED.**

**Dated:     November 16, 2010**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE