1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   Timothy David Bodine
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:10-cr-00231 LJO
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE AND
13       v.                           )   ORDER THEREON
                                      )
14 TIMOTHY DAVID BODINE,              )   Date:  February 18, 2011
                                      )   Time:  8:30 a.m.
15              Defendant.            )   Judge: Hon. Lawrence J. O'Neill
                                      )
16                                    )
   _____    )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20 Defender, counsel for Defendant Timothy David Bodine, that the date for status conference may be

21 continued to February 18, 2011, or the soonest date thereafter that is convenient to the court. This matter

22 is currently set for trial on July 18, 2011.  The proposed continuance pertains solely to the January 28,

23 2011 status conference.  The trial date will remain unchanged. **The date currently set for status**

24 **conference is January 28, 2011 at 8:30 a.m.  The requested new date is February 18, 2011 at 8:30**

25 **a.m.  The July 18, 2011 trial date will remain unchanged.**

26       On December 17, 2010 this matter was set for trial on July 18, 2011.  The January 28, 2011

27 status conference was also scheduled at that time.  The parties intended to either enter a plea agreement on

28 January 28, 2011 or, if no agreement was reached, to request a pretrial motion schedule at that time.  In

1  November 2010, the defense retained an expert to conduct a forensic evaluation of the evidence in this
2  case.  However, due to the holidays and unanticipated delays, that evaluation will not be continued until
3  the week of January 31, 2011.  Efforts to reach a negotiated settlement in the matter are ongoing.  The
4  continuance is requested to allow Mr. Bodine to make a fully informed decision regarding how to proceed
5  in this matter.  The proposed continuance will have no effect on the July 18. 2011 trial date.

6      The parties agree that the delay resulting from the continuance shall be excluded as necessary for
7  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
8  ends of justice served by the granting of the requested continuance outweigh the interests of the public
9  and the defendant in a speedy trial.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: January 26, 2011                    By  /s/ David L. Gappa
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: January 26, 2011                    By  /s/ Eric V. Kersten
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Timothy David Bodine

## O R D E R

**Good cause exists and the request is granted.**  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                                                    IT IS SO ORDERED.

**Dated:    January 26, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE