DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Timothy David Bodine

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY DAVID BODINE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:10-cr-00231 LJO <br><br> STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE WHILE LEAVING HEARING DATE UNCHANGED; ORDER THEREON <br><br> Date:   April 15, 2011 <br> Time:  10:30 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Timothy David Bodine, that the pending motion briefing schedule may be modified. The proposed modification pertains solely to the filing dates. The time for hearing on the motions will remain unchanged. **The parties request that any motions may be filed on or before March 17, 2011; that any opposition thereto may be filed on or before April 8, 2011; and that the hearing on the motions will remain as scheduled, on April 15, 2011 at 10:30 a.m.**

The defense is filing related motions to suppress statements and to suppress evidence on the grounds that Timothy Bodine's statements were obtained in violation of *Miranda*, and his consent for the search of his computer was not voluntary. The defendant's father, Roger Bodine, is a witness to some of the events underlying the motion. Roger Bodine was recently in an automobile accident which resulted in serious injuries. He was hospitalized for several weeks, then transferred to a rehabilitation center for

several additional weeks before returning home on March 7, 2011. Roger Bodine is scheduled to meet with defense counsel on March 14, 2011, to discuss his observations and and provide an affidavit that will be filed in support of the defendant's motions. The government has agreed that Timothy Bodine's motion filing date may be extended from March 11, 2011 to March 16, 2011, and the defense has agreed that the response date may be extended from April 1, 2011 to April 8, 2011. These proposed filing dates will allow the April 15, 2011 hearing to proceed as scheduled.

Time through the April 15, 2011 hearing date has previously been ordered excluded and the parties agree that time shall continue to be excluded as necessary for effective defense preparation and for ruling on the motions pursuant to 18 U.S.C. §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).  For these reasons, the ends of justice served by the granting of the requested modification of the briefing schedule outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 14, 2011                   By /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: March 14, 2011                   By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Timothy David Bodine

### O R D E R

**Good Cause has been established.**   The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.  §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

**Dated:     March 15, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE