(SPACE BELOW FOR FILING STAMP ONLY)

1  **RICHARD P. BERMAN #55462**
   **Attorney at Law**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2333
   FAX (559) 233-6947
4

5  ATTORNEY FOR   Defendant, TIMOTHY BODINE

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                  * * * * * * * *

11  **UNITED STATES OF AMERICA,**     Case No.: **10-CRF-00231-LJO**

12          **Plaintiff,**            **STIPULATION TO CONTINUE TRIAL**
                                      **AND ORDER THEREON**; Order
13      **vs.**                       Setting New Trial Date

14  **TIMOTHY DAVID BODINE,**

15          **Defendant.**

16

17      If it pleases the Court:

18      The parties herein, through their respective counsel, hereby

19  agree and stipulate that the trial date currently set for July

20  18, 2011, be vacated and reset.

21      The parties further agree that the following dates are

22  available for the parties for the new trial date:

23      1.  January 24, 2012;

24      2.  January 31, 2012;

25      3.  February 7, 2012;

26      4.  February 14, 2012;

27      5.  February 21, 2012.

28  ///

1  The parties stipulate that the delay resulting from this
2 continuance may be excluded from the requirements of the Speedy
3 Trial Act in the interests of justice under 18 U.S.C. §§
4 3161(h)(7)(A) and (h)(7)(B)(iv) in that Defendant, TIMOTHY
5 BODINE, has retained his attorney of choice in this matter, Rick
6 Berman, and said attorney requires a reasonable amount of time to
7 effectively prepare the defense in this matter and possibly
8 resolve the case short of trial.  Counsel is desirous of
9 representing Defendant BODINE but is currently being treated for
10 a medical condition which is unlikely to resolve prior to the end
11 of 2011.  It is anticipated that counsel will be able to proceed
12 with trial, if necessary, in January of 2012.  Counsel's ability
13 to effectively represent the Defendant prior to an actual trial
14 is not impaired and will not prevent the diligent and effective
15 preparation of this matter in the interim.  It appears that no
16 prejudice will occur to the Government by this delay and,
17 therefore, the parties stipulate that the exclusion of time is
18 reasonable and necessary under the circumstances.
19  Exhibits "A" and "B" are attached hereto and incorporated
20 herein.
21  Dated:  June 17, 2011.     Respectfully submitted,
22                                             LAW OFFICE OF RICHARD P. BERMAN
23
24                                             By  /s/ RICHARD P. BERMAN
                                                   RICHARD P. BERMAN
25                                                 Attorney for Defendant,
                                                   TIMOTHY BODINE
26
27 ///
28 ///

```
Dated:  June 17, 2011.        BENJAMIN B. WAGNER
                              United States Attorney


                          By /s/ JEREMY R. JEHANGIRI
                             JEREMY R. JEHANGIRI
                             Assistant U.S. Attorney
```

*******

**ORDER**

**IT IS HEREBY ORDERED** that the Trial date is set for February 21, 2012 at 8:30 a.m. and time under the Speedy Trial Act is excluded until that date.

IT IS SO ORDERED.

**Dated:   June 17, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

3