1  **RICHARD P. BERMAN #55462**
   **Attorney at Law**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2333
   FAX (559) 233-6947
4

5  ATTORNEY FOR    Defendant, TIMOTHY BODINE

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

11 | **UNITED STATES OF AMERICA,** | **Case No.: 10-CRF-00231-LJO** |
12 |          **Plaintiff,** | **STIPULATION TO VACATE TRIAL DATE AND SET PLEA HEARING; AND MODIFIED ORDER** |
13 |      **vs.** | |
14 | **TIMOTHY DAVID BODINE,** | |
15 |          **Defendant.** | |

16

17      If it pleases the Court:

18      The parties herein, through their respective counsel, hereby
19  agree and stipulate that the trial date currently set for
20  February 22, 2012, be vacated as a settlement has been reached.
21      The Plea Memorandum will be filed with this Honorable Court
22  today, January 30, 2012.
23      It is hereby further agreed and stipulated that a plea
24  hearing be set for March 5, 2012, at 8:30 a.m. which is a date
25  after defense counsel is tentatively scheduled to be released by
26  his doctors to return to work.  A copy of counsel's doctor letter
27  is attached hereto at Exhibit "A."
28  ///

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  January 30, 2012.   Respectfully submitted,

LAW OFFICE OF RICHARD P. BERMAN


By  /s/ RICHARD P. BERMAN
    RICHARD P. BERMAN
    Attorney for Defendant,
    TIMOTHY BODINE

Dated: January 30, 2012.   BENJAMIN B. WAGNER
                           United States Attorney


By  /s/ JEREMY R. JEHANGIRI
    JEREMY R. JEHANGIRI
    Assistant U.S. Attorney

*******

**ORDER**

**IT IS HEREBY ORDERED** that the February 22, 2012, trial date be continued to March 20, 2012.  If the plea does not occur on March 5, 2012, at 8:30 a.m., the trial is a sure-go.  Counsel need to be prepared for trial should the plea not take place.

**IT IS FURTHER ORDERED** that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

IT IS SO ORDERED.

**Dated:   January 31, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE